1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | United States of America,                  Case No.:  20-cr-2689-JAH

12 |                          Plaintiff,         **ORDER**

13 | v.

14 | Joseph Luis Zavala,

15 |                          Defendant.

16

17       The Court orders the United States to comply with the continuing duty to disclose

18 evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S.

19 83 (1963), and its progeny.  Upon finding that the government has failed to comply with

20 this order, the Court may, as appropriate, order the production of such information, grant

21 a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.

22

23 Dated:  11/12/2020

24                                        _____

25                                        HON. RUTH BERMÚDEZ MONTENEGRO
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28

1

«Case_No_»